NATHAN GASKILL ET AL., PLAINTIFFS IN ERROR, v. E. L. B. WALES, DEFENDANT IN ERROR.

In error to the Supreme Court.

For the plaintiffs in error, *F. Voorhees*.

For the defendant in error, *W. A. Barrows*.

PER CURIAM. The judgment of the court below is reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, CLEMENT, COLE, GREEN, KIRK, PATERSON, WHITAKER. 15.